GUD NT ENT (8/05)

**DISTRICT COURT OF GUAM**
4^(TH) Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SOLEDAD SANTOS SILVERIO,<br><br>        Defendant. | Case No. 1:01-cr-00126-002 |

## NOTICE OF ENTRY OF JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following:

      **JUDGMENT, signed on August 4, 2005**
      **Date of Entry: August 4, 2005**

The original Judgment is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 10, 2005

                                                          Clerk of Court:

                                                          **Mary L.M. Moran**