# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Soledad Santos Silverio, <br><br> Defendant. | Case No. 1:01-cr-00126 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Judgment filed August 10, 2005* on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　*Joaquin C. Arriola, Jr.*
*August 10, 2005*　　　　　　　　　　*August 10, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry of Judgment filed August 10, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk