PROB 12A
(7/93)

# United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: Soledad Santos Silverio  Case Number: **CR 01-00126-002**

Name of Sentencing Judicial Officer: Honorable Consuelo B. Marshall

Date of Original Sentence: August 2, 2005

Original Offense: Attempted Possession of Crystal Methamphetamine aka "Ice" with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Original Sentence: 12 month plus one day term of imprisonment, followed by a five year term of supervised release with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of probation; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for assessment and treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; obtain and maintain gainful employment; perform 200 hours of community service; and pay a $100 special assessment fee. **Modified on September 1, 2006** to include a condition that she submit to drug testing, not to exceed eight drug tests per month.

Type of Supervision: Supervised Release  Date Supervision Commenced: August 4, 2006

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Failure to obey all federal, state, or local laws. |

On September 6, 2006, Soledad Silverio received Guam Uniform Complaint and Citation Number 1C0680456, which cited her for failing to wear her seatbelt. On September 7, 2006, Ms. Silverio met with this Officer to discuss her noncompliance. She indicated that she was pulled over by a Guam Police Department officer, who told her that she was not wearing her seatbelt. She denied that she committed the violation, and will contest it at the Traffic Court hearing set for September 22, 2006 at 9:00 a.m.

Ms. Silverio has been generally compliant since her release from imprisonment on August 4, 2006. She completed her DNA requirement on June 13, 2006, and has tested consistently negative on drug and alcohol tests conducted. Since August 2006, she has been gainfully employed as a front desk clerk at Hunter's Inn. In addition, she has performed 8 hours towards her community service requirement. Ms. Silverio paid her special assessment fee on August 16, 2006.

This report is submitted for the Court's information only, and no action is requested at this time. Ms. Silverio has been warned that sanctions will result from any additional violations. Her compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 9.22.2006

Respectfully submitted,

By: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: Sept 22, 2006

## THE COURT ORDERS

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action.

☐ Other

Signature of Judicial Officer
MORRISON C. ENGLAND, Jr.
Designated Judge
09/28/2006
Date

RECEIVED
SEP 26 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM