PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

# FILED

DISTRICT COURT OF GUAM

NOV 3 0 2006

MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender:     **Soledad Santos Silverio**        Case Number: **CR 01-00126-002**

Name of Sentencing Judicial Officer:     Honorable Consuelo B. Marshall

Date of Original Sentence:     August 2, 2005

Original Offense:     Attempted Possession of Crystal Methamphetamine aka "Ice" with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Original Sentence:     12 month plus one day term of imprisonment, followed by a five year term of supervised release with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of probation; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for assessment and treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; obtain and maintain gainful employment; perform 200 hours of community service; and pay a $100 special assessment fee. **Modified** on September 1, 2006 to include a condition that she submit to drug testing, not to exceed eight drug tests per month. **Informational Report** filed on September 28, 2006 due to receiving a traffic citation.

Type of Supervision:     Supervised Release        Date Supervision Commenced: August 4, 2006

---

### NONCOMPLIANCE SUMMARY

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

**ORIGINAL**

Ms. Silverio has been ordered to participate in a substance abuse program approved by the U.S. Probation Office. The Texas Christian University Drug Screen conducted by the undersigned Probation Officer concludes that substance abuse treatment is not needed at this time. Ms. Silverio scored a zero (0) on the assessment, confirming that there is no need for treatment at this time. In addition, Ms. Silverio tested consistently negative for use of illicit substances and alcohol during her period of pretrial release, as well as since the commencement of her term of supervised release. Ms. Silverio will continue to be monitored through drug and alcohol tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:

Respectfully submitted,

By:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 11/28/06

JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: Nov 28, 2006

## THE COURT ORDERS

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ **Submit a Request for Modifying the Condition of Term of Supervision**

☐ **Submit a Request for Warrant or Summons**

☐ **No Action.**

☑ **Other**   The condition is suspended as recommended.

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

11-29-06
Date

**RECEIVED**

NOV 29 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM